Exhibit A - GoDaddy Renewal
December 18, 2025; 1:22 p.m.

Date:    Dec 18, 2025 at 1:22 PM

From:    **GoDaddy Renewals**
renewals@godaddy.com    ⓘ **Verify**

To:    **Poolguardpr**  poolguardpr@gmail.com

🚫    Email tracking is blocked



24/7 Support: +1 (480) 463-8315
Jason Nash — Special Message

# One or more of your domains will auto-renew soon.

The good news is you don't need to take any action. We just wanted to let you know what's coming up for automatic renewal since you're the registrant contact for this account. Take a look:

caribbeancustomcellars.com
Renews: **12/22/2025**