**7:38**

  

## Security Breach 9760282 - OCEO-73408

 **OCEO** 10/28/25 ● 🚫 **Block**

To: me ⌄

| | |
|---|---|
| Date: | Oct 28, 2025 at 10:35 AM |
| From: | **OCEO** |
| | oceo-help@services.godaddy.com |
| | ❗ **Verify** |
| Reply To: | **Oceo-Help** oceo-help@godaddy.com |
| To: | **Panache Wine Cellars** |
| | jason@panachewinecellars.com |
| 🚫 | Email tracking is blocked |





reply. I genuinely appreciate you taking the time to break down the impact this incident has had on you and your business.

After carefully looking into what happened, I want to assure you that our investigation found no evidence that your data or email contents were accessed by anyone unauthorized. We recognize that we made a mistake when your accounts were transferred in error, and I'm truly sorry for the stress and disruption this caused.

We understand it must have been unsettling not to have access to your accounts for several days, and we acted as quickly as possible to restore everything to you. I realize that from your perspective, it's impossible to be 100% certain about what happened during that time, and I respect your concerns about confidentiality and the subsequent challenges you've faced.

While our findings show no breach or unauthorized access, we know this situation

7:38

   

spent resolving this.

Again, I'm sorry for any trouble this has caused, and I want to thank you for your patience and understanding as we worked to make things right. If you have any further questions or would like to talk more about this, please don't hesitate to let me know.

Best regards,

Mahommad

Office of the CEO

GoDaddy

Reply via portal here

For portal responses, you need to be using the email address tied to your GoDaddy profile. You can also reply back to this email.

**7:38**

        

# Security Breach 9760282 - OCEO-73408

**OCEO** 10/28/25 ●  ⌀                                **Block**
To: me ⌃

| | |
|---|---|
| Date: | Oct 28, 2025 at 10:35 AM |
| From: | **OCEO** <br> oceo-help@services.godaddy.com <br> ❗ **Verify** |
| Reply To: | **Oceo-Help**  oceo-help@godaddy.com |
| To: | **Panache Wine Cellars** <br> jason@panachewinecellars.com |
| ⌀ | Email tracking is blocked |





reply. I genuinely appreciate you taking the time to break down the impact this incident has had on you and your business.

After carefully looking into what happened, I want to assure you that our investigation found no evidence that your data or email contents were accessed by anyone unauthorized. We recognize that we made a mistake when your accounts were transferred in error, and I'm truly sorry for the stress and disruption this caused.

We understand it must have been unsettling not to have access to your accounts for several days, and we acted as quickly as possible to restore everything to you. I realize that from your perspective, it's impossible to be 100% certain about what happened during that time, and I respect your concerns about confidentiality and the subsequent challenges you've faced.

While our findings show no breach or unauthorized access, we know this situation

Exhibit B-1 OCEO Admission

7:38

         

spent resolving this.

Again, I'm sorry for any trouble this has caused, and I want to thank you for your patience and understanding as we worked to make things right. If you have any further questions or would like to talk more about this, please don't hesitate to let me know.

Best regards,

Mahommad

Office of the CEO

GoDaddy

Reply via portal here

For portal responses, you need to be using the email address tied to your
GoDaddy profile. You can also reply back to this email.

Exhibit B-2 Communication with Godaddy Screenshots (3+ hours) Panache Website and email recovery attempts.



