Exhibit B-2 Communication with Godaddy Screenshots (3+ hours) Panache Website and email recovery attempts.



January 30, 2025

2:28 PM  **Outgoing Call**
30 minutes



Exhibit B-2 Communication with Godaddy Screenshots (3+ hours) Panache Website and email recovery attempts.

Case 3:26-cv-01242-RAM    Document 1-3    Filed 04/24/26    Page 2 of 8



**January 31, 2025**

7:24 AM  **Outgoing Call**
47 minutes

7:22 AM  **Outgoing Call**
2 minutes



Exhibit B-2 Communication with Godaddy Screenshots (3+ hours) Panache Website and email recovery attempts.





Exhibit B-2 Communication with Godaddy Screenshots (3+ hours) Panache Website and email recovery attempts.



Exhibit B-2 Communication with Godaddy Screenshots (3+ hours) Panache Website and email recovery attempts.



**February 1, 2025**

9:19 AM  **Outgoing Call**
1 hour 3 minutes

9:18 AM  **Outgoing Call**
31 seconds

G  **Contact Photo & Poster**

phone
(480) 463-8773

**Notes**

Favorites    **Recents**    Contacts    Keypad    Voicemail

Exhibit B-2 Communication with Godaddy Screenshots (3+ hours) Panache Website and email recovery attempts.



Exhibit B-2 Communication with Godaddy Screenshots (3+ hours) Panache Website and email recovery attempts.



Exhibit B-2 Communication with Godaddy Screenshots (3+ hours) Panache Website and email recovery attempts.

