Exhibit C - Afternic Fast Transfer Confirmation
November 6, 2025; 3:00 p.m.

 **Afternic Service** 11/6/25

To: me ⌃

Date:   Nov 6, 2025 at 3:00 PM

From:   **Afternic Service**
service@afternic.com   ❗ **Verify**

*via dt3y6ea5v2gl8h.g-i0ksmaq.usa348.bnc.salesfor
ce.com

To:     **Poolguardpr**  poolguardpr@gmail.com

Hello Jason,

Thank you for calling Afternic today.

As mentioned during our conversation, we spoke about
the domain sale replacementpoolcovers.com that
happened through Fast Transfer. As mentioned, you
required this to be escalated due to you not authorizing
the fast transfer for this domain name. This is currently
being reviewed by our senior team members and they'll
reach out to you as soon as they can.

Please let me know if you have any questions.

You will be receiving a short survey regarding our
interaction and we would love to hear from you!

Have a wonderful day!

Kind regards,

Lyubov

Afternic Support

**Need further assistance?**
Log into your Afternic account at anytime to
manage your settings, check on the status of your
transactions or contact us.