Exhibit D - Afternic Transaction Assurance email
November 6, 2025

**From:** Afternic Transaction Assurance <ta@afternic.com>
**Date:** Nov 6, 2025 at 6:03 PM
**To:** Poolguardpr <poolguardpr@gmail.com>
**Subject: replacementpoolcovers.com -- Domain Listing Details**

Hello Jason,

Thank you for contacting us regarding your domain replacementpoolcovers.com. I understand you have concerns about the recent sale and transfer, and I want to provide you with a complete explanation of what occurred.

Your domain was originally enrolled in GoDaddy's Premium Listings service on September 11, 2018. When this service was deprecated in March 2021, all domains were automatically migrated to our List for Sale platform on March 12, 2021, maintaining the same listing status and preferences. List for Sale domain transactions are processed through Afternic when the domain sells.

The domain was opted into our Fast Transfer network through an email authorization sent to d*******************n@gmail.com

which was the account's primary contact email at that time. This authorization allowed for immediate transfer upon sale completion.

1

I understand this may come as unexpected news. Unfortunately, once the domain has sold, this sale is binding and we are unable to roll back the domain transfer.

I appreciate your patience as we work through this matter, and please don't hesitate to reach out if you have any additional questions.

Thank you,

Rebecca

Afternic Transaction Assurance

ref:_00DG0i0kS._500Pm19TKH1:ref