

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

Northeast Case Management Center
Elizabeth Corsetti, JD
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

January 26, 2026

Jason D. Nash
N/A Individual Consumer
1741 Siervas De Maria
Ponce, PR 00730
Via Email to: jason@panachewinecellars.com

GoDaddy.com, LLC
2155 E. Goaddy Way
Tempe, AZ 85284
Via Email to: arbitration@godaddy.com

Case Number: 01-25-0005-2561

Jason D. Nash
-vs-
GoDaddy.com, LLC

Dear Parties:

The above captioned matter is hereby closed due to non-payment of administrative fees and/or arbitrator compensation deposits. If our records are inaccurate and payment has been sent please notify me immediately.

Please note that the AAA WebFile® ECF Guidelines will not apply after closing of the case. Therefore, any additional submissions from the parties in this matter should be submitted via email to the AAA, with copies sent to all other parties.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents may be destroyed 18 months after the date of this letter.

We appreciate the opportunity to assist the parties in the resolution of this matter.

Sincerely,

*Brian Stefanski*

Brian Stefanski
Senior Case Administrator
Direct Dial: (401)414-4121
Email: BrianStefanski@adr.org

cc: Hon. Emmalind Garcia