Exhibit 5 - $325,000 SEO rebuild letter
January 12, 2026


# THE CONTENT LAB
## CREATIVE MARKETING

**ReplacementPoolCovers.com**
*Impact & Damages Summary*

**Business:** ReplacementPoolCovers.com - Online-only ecommerce retailer
**Industry:** Seasonal pool supplies (replacement pool covers)
**Primary Sales Windows:** Spring (pool opening season) & Fall (pool closing season)
**Issue:** Registrar wrongfully transferred the domain *ReplacementPoolCovers.com* to a new owner.
**Result:** Immediate and catastrophic business interruption, permanent loss of domain history, and severe competitive disadvantage.

# 1. Loss of Domain History & Competitive Positioning

**Estimated Loss / Damages: $100,000–$150,000**
Over the past three years, the business invested heavily in building the reputation, trust, and authority of *ReplacementPoolCovers.com*—a **keyword-exact match domain** in the highest-value keyword category in this niche. This type of domain historically provides:

- Higher SEO click-through rates
- Faster ranking improvements
- Stronger user trust and conversion due to exact keyword match
- Higher relevance signals to Google
- A measurable competitive moat in a marketplace dominated by non-exact brand names

Because the business is **online-only,** the domain *is* the brand, the storefront, and the sales engine.

## Consequences of losing three years of domain age & authority

- Permanent loss of accumulated domain authority and trust signals
- Backlink equity (earned through three years of SEO, partnerships, and citations) gone
- Competitors who entered the market *after* our domain now outrank us
- Loss of the "first mover" advantage in ranking for the core keyword
- The new owner immediately benefits from our prior trust and backlink profile
- Our business must now rebuild from zero, while competitors retain and build upon their lead

Given that the domain represented the primary keyword of the entire marketplace, the competitive setback is severe and long-term. The business now faces **an almost complete loss of traffic, inquiries, and revenue.**

**Estimated damage allocation:**
Loss of competitive advantage: **$50,000**
Loss of domain authority, backlinks, and trust signals: **$30,000**
Loss of three years of SEO momentum & first-mover advantage: **$20,000–$40,000**

**Total: $100,000–$150,000**



## 2. Website Redevelopment Costs

**Estimated Cost: $7,500**
To relaunch the website under a new domain, the business must reconstruct a fully functional site, including:

- Design & UX
- Content migration & rewriting
- SEO-optimized architecture
- Analytics, tracking, and conversion setup
- Domain infrastructure, email, and security

**Estimated minimum development requirement:**
**50 hours** at **$150/hr = $7,500**

This cost does *not* include photography, product rewriting, testing, compliance setup, or ADA accessibility improvements—only the baseline effort required to recreate what was lost.

## 3. Loss of SEO Investment + Required Future SEO Remediation

**Total Past + Required Future SEO Investment Lost: $127,500**

### A. Past SEO Investment Lost
The business invested over **250 hours** in SEO development, content creation, and technical optimization.

**250 hours × $150/hr = $37,500 lost**

This work cannot be recovered because the new domain owner now benefits from ranking momentum we created, while we must restart from zero.

### B. Required Accelerated SEO Remediation
To regain lost rankings and overcome the competitive disadvantage created by the wrongful domain transfer, the business must undertake an aggressive SEO reconstruction plan. This includes rebuilding authority signals, acquiring backlinks, rewriting optimized site content, technical SEO work, and competitive outrank strategies.

**Required SEO investment:**
Initial remediation: **100 hours**
Ongoing SEO for 24 months: **25 hours per month × 24 = 600 hours**
Total future required SEO hours: **700 hours**

**700 hours × $150/hr = $105,000 necessary future investment**



**Total SEO damages:**

Lost SEO investment: **$37,500**

Required future SEO to recover position: **$105,000**

**Total: $142,500**

# 4. Estimated Fair Market Value of the Domain Itself

**Estimated Value of <u>ReplacementPoolCovers.com</u>:**

**$10,000–$25,000**

This number is based on:

- It being an **exact match, commercial-intent keyword**
- The niche having high purchase value ($300–$800 products)
- Seasonal but high-ROI traffic
- Comparable exact-match pool-industry domains selling in the **$8k–$30k** range
- The domain representing the literal name of the product category

Given its SEO utility, commercial intent, niche ownership potential, and prior performance with our business, a valuation of **$10k–$25k** is reasonable and supportable.

## TOTAL ESTIMATED DAMAGES

| Category | Estimated Value |
|---|---|
| Loss of Domain History & Competitive Position | $100,000–$150,000 |
| Website Redevelopment | $7,500 |
| Past + Future Required SEO Investment | $142,500 |
| Domain Fair Market Value | $10,000–$25,000 |
| **Total Estimated Damages** | **$260,000–$325,000** |



## Conclusion

The wrongful transfer of *ReplacementPoolCovers.com* caused immediate, severe, and ongoing harm. As an online-only business, **the domain represents the entire identity, authority, and sales engine for the company.** The loss is not limited to the value of the website but includes years of trust, ranking power, investment, competitive position, and the necessity for substantial remediation costs.

For almost 30 years, since the advent of the public Internet, I have been building and managing websites. I have been involved with over 1,000 domain names, handling DNS management, and serving as a host for my clients. I have also owned dozens of domains myself. I have never experienced a hijack of a domain like this. Further, I do not understand why, when the mistake was discovered, and the domain had yet to transfer to the new "owner", the registrar didn't resolve the issue, cancel the sale and transfer, and return the property to its rightful owner.

If you have any questions, I can be reached at the contact information below.

Respectfully,

Marc Wymar
President
marc@tclcreative.com
626-253-5455