Exhibit G- Loop Loc Redirect



# The Ultimate in Safety and Style for Your Backyard.



## Learn more about LOOP-LOC products:

FIND A DEALER    POOL SAFETY COVERS

ntpoolcovers.com