Exhibit H- Godaddy Email directing Plaintiff to Contact Competitor



2:33

**Melvin6822** 2/1/25
To: me

Date:   Feb 1, 2025 at 9:51 AM

From:   Melvin6822
        melvin6822@godaddy.com    ❶ Verify

To:     Poolguardpr  poolguardpr@gmail.com

Hello! Good Day Jason, I apologize this has not been done. As stated, we need to speak to Hilton to gain access to his account & process the transfer of the emails back to your account. please reach out to him & ask him to call us back so we can process the transfer. If in any case this has been done already the estimated time frame is between 5-7 days as per process. We also need to gain access to your account therefore we also need to talk to you over the phone as per process. Thank you!

_____

**From:** Poolguardpr <poolguardpr@gmail.com>
**Sent:** Saturday, February 1, 2025 9:12 PM

Exhibit H- Godaddy Email directing Plaintiff to Contact Competitor



**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

You don't often get email from poolguardpr@gmail.com.
Learn why this is important

Vince
Nothing has been done as of now. I called again and they said it has not been transferred. What is the issue? How can your entire team be this incompetent.

Let me remind you that I have the following in my email account that was not authorized or requested by me (the owner of the account) to be transferred to Hilton Perez Zambrana:

-confidential emails with my attorneys
-banking information
-trademark communications on proprietary designs
-client information
-business strategy

Exhibit H- Godaddy Email directing Plaintiff to Contact Competitor



The negligence from GoDaddy for not transferring these correctly has been vastly compounded by the incompetence and lack of fixing this situation repeatedly over the past four days.

I was told two times already that these have been transferred and they have not!

I need resolve today because nobody has fixed it yet!

Jason Nash
787-319-6045
GoDaddy Account 9760282

On Jan 31, 2025 at 11:15 AM, <Poolguardpr> wrote:

I contacted the office and spoke with "steve" and reviewed the case AGAIN

Exhibit H- Godaddy Email directing Plaintiff to Contact Competitor



have followed the requests and instructions with laser precision and the situation is not resolved. The company is paralyzed at this moment due to this security breach caused and no resolve has occurred resulting in unprecedented exposure of ALL of my sensitive information regarding Panache Wine cellars.

Steve said he will reach out to you via "slack"
and request you contact me directly by phone vs. the telephone labyrinth to land with yet another underling with no power to execute any corrective motions needed.
I am waiting for your call.


Jason Nash
787-319-6045

Exhibit H- Godaddy Email directing Plaintiff to Contact Competitor



"slack"
and request you contact me directly by phone vs. the telephone labyrinth to land with yet another underling with no power to execute any corrective motions needed.
I am waiting for your call.

Jason Nash
787-319-6045

On Jan 31, 2025 at 9:30 AM, <Melvin6822> wrote:

Good Day!

This is Vince from Godaddy & we spoke earlier in relation to retrieving your email back to your account , I am reaching out to let you know that we are unable to get a hold of your previous partner Hilton Perez Zambrana after calling multiple times. Can you please reach out to him