Exhibit I- Revenue Records for ReplacementPoolCovers.com (2025)

ReplacementPoolCovers.com Sales 2025

Queliz – $4,700.00

LeFaivre – $2,392.94

Bostic – $2,300.00

Brooker – $2,688.55

Lubrano – $5,300.14

Sharkey – $3,584.47

Moss – $2,923.90

Dickey – $2,806.34

Scherbarth – $3,134.79

Winslow – $2,641.14

Williams – $3,346.28

Captiva Island / Randy Vasser – $35,297.71

Jomar Tollinchi – $17,480.74


Total – $88,597.00