Exhibit J- Domain Control/Replevin Evidence

# Renewal receipt for order #3601545783.

 **GoDaddy** 2/22/25

To: me ⌃

| | |
|---|---|
| Date: | Feb 22, 2025 at 9:07 AM |
| From: | GoDaddy<br>donotreply@godaddy.com  ❗ **Verify** |
| To: | Poolguardpr  poolguardpr@gmail.com |
| 🚫 | Email tracking is blocked |

 **GoDaddy**

Need help? Contact us.

Customer Number: 9760282

# Renewal Success! Sign in to see what's new.

Exhibit J- Domain Control/Replevin Evidence

| Product | Quantity | Term | Price |
|---|---|---|---|
| .COM Domain Renewal<br>replacementpoolcover.com | 1 Domain | 2 Years | $28.34 |
| .COM Domain Renewal<br>replacementpoolcovers.com | 1 Domain | 2 Years | $28.34 |
| | Subtotal: | | $56.68 |
| | Tax: | | $0.00 |
| | Total: | | $56.68 |

**View My Orders →**

We have billed your MasterCard card ending with the last two digits: 56 for the amount of $56.68.

To review all your products and services, sign in to your account.

If your products are on a 1 month subscription term, they will automatically renew next month at the same price listed here, unless otherwise indicated.