UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO


JASON NASH,

Plaintiff,


v.


GODADDY.COM, LLC,

Defendant.


Civil Action No. 3:26-cv-01242-RAM


REQUEST FOR ENTRY OF DEFAULT


Plaintiff Jason Nash, proceeding pro se, respectfully requests that the Clerk of Court enter default against Defendant GoDaddy.com, LLC pursuant to Federal Rule of Civil Procedure 55(a).


1. Defendant was served with the Summons and Complaint on May 4, 2026, as reflected in the executed Proof of Service filed with the Court on May 27, 2026 (Docket Entry #8).


2. Defendant's answer or other responsive pleading was due on or before May 26, 2026.


3. As of the filing of this Request, Defendant has failed to file an answer, motion, or other responsive pleading within the time permitted under the Federal Rules of Civil Procedure.


4. Defendant has also possessed actual notice of this action through direct communications concerning the litigation and related proceedings.


WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant GoDaddy.com, LLC pursuant to Rule 55(a).


Respectfully submitted this 1st day of June, 2026.

Jason Nash

Pro Se Plaintiff

1741 Siervas De Maria

Ponce, PR 00730

Telephone: (787) 319-6045

Email: jason@panachewinecellars.com