RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2026 JUN 8 PM3:13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF PUERTO RICO**

**JASON D. NASH,**

Plaintiff,

v.

**GODADDY.COM, LLC,**

Defendant.

**Civil Action No. 3:26-cv-01242-RAM**

**NOTICE OF SERVICE AND CORRECTION OF PARTY NAME**

Plaintiff Jason D. Nash, proceeding pro se, hereby provides notice that he has served the following documents on Defendant's counsel of record:

- Request for Entry of Default (Document #9), filed June 1, 2026; and

- All subsequent filings in this matter.

**CORRECTION OF PARTY NAME**

Plaintiff notes for the record that Defendant's filing at Document #10 (Notice of Appearance and Motion for Extension of Time, filed June 4, 2026 by Jean Gabriel Vidal-Font of Ferraiuoli LLC) incorrectly identified Plaintiff as "John Nash."

**Plaintiff's correct legal name is JASON D. NASH**, as reflected in the caption of the Complaint (Docket Entry #1) and all of Plaintiff's filings.

All prior filings in this case are available on the Court's electronic docket. Plaintiff is serving the above documents pursuant to Federal Rule of Civil Procedure 5 following Defendant's appearance through counsel on June 4, 2026.

Service has been made on Defendant's counsel of record as follows:

**Jean Gabriel Vidal-Font**

**Ferraiuoli LLC**

**PO Box 195168**

**San Juan, PR 00919-5168**

Via electronic mail to the addresses listed on Document #10, and via certified mail, return receipt requested, to the address above.

Respectfully submitted this **8th day of June, 2026**.

**Jason D. Nash**

Pro Se Plaintiff

1741 Siervas De Maria

Ponce, PR 00730

Telephone: (787) 319-6045

Email: jason@panachewinecellars.com

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, I served a true and correct copy of the foregoing Notice of Service and Correction of Party Name, together with Plaintiff's Request for Entry of Default (Document #9), upon counsel for Defendant GoDaddy.com, LLC, as follows:

Jean Gabriel Vidal-Font

Ferraiuoli LLC

P.O. Box 195168

San Juan, Puerto Rico 00919-5168

Service was made via electronic mail to the addresses listed in Defendant's Notice of Appearance (Document #10) and via certified mail, return receipt requested.

Respectfully submitted,

/s/ Jason D. Nash

Jason D. Nash

Pro Se Plaintiff

1741 Siervas De Maria

Ponce, PR 00730

Telephone: (787) 319-6045

Email: jason@panachewinecellars.com