**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **JASON NASH**, <br><br> Plaintiff, <br><br> **vs.** <br><br> **GoDaddy.com, LLC**, <br> Defendant. | CIVIL CASE NO.: 3:26-cv-01242-RAM |

**MOTION CONCERNING SERVICE OF SUMMONS AND IN SUPPORT OF MOTION
TO COMPEL**

**TO THE HONORABLE COURT:**

**COMES NOW**, defendant GoDaddy.com, LLC, (hereinafter "**GoDaddy**" or "**Defendant**"), *without submitting to the jurisdiction or venue of this Honorable Court, nor waiving any other applicable defense, and appearing specially and for this motion only*, and through the undersigned counsel, respectfully STATES, and PRAYS as follows:

1.      GoDaddy filed its Motion to Dismiss for lack of jurisdiction (or in the alternative, compel arbitration) on June 12, 2026 (the "**Motion to Dismiss and/or Compel Arbitration**"), arguing that Plaintiff failed to serve GoDaddy with a proper copy of the complaint alongside its summons, and in the alternative that the Court found proper service, an order to compel arbitration. See, Docket No. 15.

2.      Realizing its insufficient process, Plaintiff served GoDaddy with an actual copy of the Complaint on June 26, 2026. Pursuant to Rule 12(a)(1)(A)(i) of Civil Procedure, GoDaddy has until July 17, 2026, to answer or plead to the Complaint.

3.      However, without waiving its right to plead or answer, GoDaddy respectfully moves this Court to maintain the current briefing schedule and order Plaintiff to address GoDaddy's Motion to Dismiss and/or Compel Arbitration as to why this case should not go to the

**Jason Nash v. GoDaddy.com, LLC**
Motion Concerning Service Of Summons And In Support Of Motion To Compel
Civ. No. 3:26-cv-01242 (RAM)

binding and mandatory arbitration that both parties agreed to. To be clear, this request is without waiving GoDaddy's right to file a responsive pleading to the now properly served complaint.

4.      By keeping with the existing schedule, this Court would be in a position to promptly rule on the arbitration provision without the need for duplicative filing. Plaintiff, by his part, would not be burdened on this request since he already had an obligation to respond to the arbitration arguments through the established briefing schedule.

5.      Accordingly, GoDaddy requests that this Court note the Plaintiff's service of the complaint as of June 26, 2026, and keep the current briefing schedule, whereby Plaintiff must respond to the Motion to Dismiss and/or Compel by July 6th, 2026. In the alternative, GoDaddy requests a twenty (20) day extension from Friday July 17, 2026, to answer or otherwise plead as to the Complaint, up to and including Thursday August 6th, 2026.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of June 2026.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically generate notifications to Plaintiff Jason Nash to his email address: jason@panachewinecellars.com.

*Counsel for defendant*
*GoDaddy.com, LLC*

**Ferraiuoli**

PO Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

2

**Jason Nash v. GoDaddy.com, LLC**
Motion Concerning Service Of Summons And In Support Of Motion To Compel
Civ. No. 3:26-cv-01242 (RAM)

*s/Jean Vidal-Font*
Jean Vidal-Font
USDC-PR No. 227811
Email: jvidal@ferraiuoli.com

*s/Karla-In Encarnación Pak*
Karla-In Encarnación Pak
USDC-PR No. 310108
Email: kencarnacion@ferraiuoli.com

3