**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JASON NASH,<br><br>**Plaintiff,**<br><br>v.<br><br>GODADDY.COM LLC,<br><br>**Defendant.** | **CIVIL NO.** 26-1242 (RAM) |

**JUDGMENT STAYING CASE**

Pursuant to this Court's order at Docket No. 29, **JUDGMENT** is hereby entered **STAYING** this case pending arbitration. If the stay is lifted, the parties shall inform the court within seven (7) days.

This matter will remain administratively closed for statistical purposes and may be reopened upon motion informing the conclusion of the arbitration proceedings.

**IT IS SO ORDERED.**

In San Juan Puerto Rico, this 19th day of October 2026.

S/ RAÚL M. ARIAS-MARXUACH
United States District Judge